

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00407-CV

———————————————

IN RE A.C., Relator

———————————————

Original Proceeding
367th District Court of Denton County, Texas
Trial Court No. 25-0090-367

———————————————

Before Sudderth, Birdwell and Bassel, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and emergency motion for temporary stay and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and emergency motion for temporary stay are denied.

Per Curiam

Delivered: June 23, 2026